# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOCELINA ALVARADO, an individual, PETER HRADETZKY, an individual, KASI MONTGOMERY, an individual, AUGUST CATTANEO, an individual, TROY VINTON, an individual, DANIEL MYRZA, an individual, DIETER BREMM, an individual, JESSICA AUCK, an individual, ALICE GEE, an individual, FREDDIE VALLT, an individual, JEREMIAS GASUAD, an individual, GEORGE LEMBI, an individual, SANDRA BARROS, an individual, JOHN JOSEPHS, an individual, ROBERT BRONSON, an individual, ADNAN DERVISAGIC, an individual, NATALI AGAFONOW, an individual, ANDREY AMBALOV, an individual, JUAN FIGUEROA, an individual, SHANNON BAKER-LOPEZ, an individual, VINITA PRASAD, an individual, HOPE RITTER, an individual, DARRELL COLLINS, an individual, JESS FOSS, an individual, TOMMY TENNIES, an individual, and CONSTANTINOS PAPAIOANNOU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LASHER AUTO GROUP, a business, NIELLO VOLKSWAGEN, a business, | Case No. 2:16-cv-00979-JAM-KJN<br><br>[~~PROPOSED~~] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL 2672 |

|   |   |
|---|---|
| 1<br>2<br>3<br>4 | HANLEES NAPA VOLKSWAGEN, a business, ELK GROVE VOLKSWAGEN, a business, VOLKSWAGEN GROUP OF AMERICA, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>                          Defendants. |

On June 10, 2016, Defendants Lasher Auto Group, Niello Volkswagen, Hanlees Napa Volkswagen, Elk Grove Volkswagen, and Volkswagen Group of America, Inc. ("VWGoA") (together, "Defendants") moved *ex parte* for an order staying all proceedings in the instant action pending a determination by the Judicial Panel on Multidistrict Litigation (the "JPML") concerning the transfer of this action to *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* (MDL No. 2672), No. 3:15-md-02672-CRB ( "MDL 2672"), which is currently pending before the Honorable Charles R. Breyer in the United States District Court for the Northern District of California.

The Court, upon a finding of good cause, orders as follows:

**IT IS ORDERED** that Defendants' *ex parte* motion is GRANTED.

**IT IS FURTHER ORDERED** that further proceedings in this case are hereby stayed, including any obligation of Defendants in this action to respond to Plaintiffs' Complaint, pending the JPML's determination regarding the transfer of this action to MDL 2672 or further order of the Court.

Dated:   6-14-2016

*/s/ John A. Mendez*
The Honorable John A. Méndez
United States District Judge